## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 09CV905　　　　　　　　Assigned/Issued By: DAJ

Judge Name: 　　　　　　　　　　　　Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*　☐ $350.00　　☐ $39.00　　☐ $5.00
　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____
　　　　　　　☐ $455.00

Number of Service Copies _____　　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　　　Receipt #: _____

Date Payment Rec'd: _____　　　Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons　　　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　_____
☑ Citation to Discover Assets　　　　　*(Victim, Against and $ Amount)*

☐ Writ _____　　　　☐ Other
　　　(Type of Writ)　　　　　　　　　_____
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　(Type of issuance)

8 Original and 8 copies on 11/29/10 as to KOREAN AMERICAN
　　　　　　　　　　　　　　　(Date)
BROADCASTING COMPANY INC,COMCAST NETWORKS,FIRST MIDWEST BANK,

KM VENTURES INC,CHICAGO TITLE AND TRUST COMPANY,KM TELEVISION OF IOWA,

KM TELEVISION OF FLAGSTAFF,POCATELLO CHANNEL 15. (THIRD PARTIES) NO NOTICES